IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CALVIN R. WALKER and** | : | **Civil No. 1:17-cv-02142** |
| **JOYCE FORMBY, H/W** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **MONOCACY VALLEY** | : | |
| **ELECTRIC, INC.** | : | |
| **Defendant.** | : | **Judge Sylvia H. Rambo** |

## O R D E R

For the reasons set forth in the accompanying memorandum of law, **IT IS**

**HEREBY ORDERED** that Defendant's motion to dismiss is granted in part and

denied in part as follows:

1) The motion is **GRANTED** insofar as Plaintiff Formby's claims are
   **DISMISSED** with prejudice.

2) The motion is **DENIED** as to Plaintiff Walker's claim for punitive
   damages.


s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: November 15, 2018