IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CALVIN R. WALKER and JOYCE FORMBY, h/w,** | : | Civil No. 1:17-CV-2142 |
| Plaintiffs, | : | |
| v. | : | |
| **MONACACY VALLEY ELECTRIC, INC.,** | : | |
| Defendant. | : | Judge Sylvia H. Rambo |

## O R D E R

Before the court is the motion for summary judgment (Doc. 18.) filed by Defendant. In accordance with the accompanying memorandum, the court hereby **GRANTS** the motion on causation, dismissing all of Plaintiff's claims for damages other than punitive damages. The motion is **DENIED** in all other regards.

**IT IS SO ORDERED.**

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Dated: January 14, 2020